■ JOHN R. DUFFY, Appellant, v JOHN E. HOLT-HARRIS, JR., et al., Respondents. [605 NYS2d 889] —In an action for injunctive relief under 42 USC § 1983, the plaintiff appeals from an order of the Supreme Court, Queens County (Durante, J.), entered October 4, 1991, which denied his motion, denominated as a motion for leave to renew, but which was, in actuality, a motion for reargument of the defendant's motion to dismiss the complaint, which was granted by decision and order of this Court dated March 12, 1990 *(Duffy v Holt-Harris, 159 AD2d 542)*.

Ordered that the appeal is dismissed, with costs.

The plaintiff's motion, denominated as a motion for leave to renew, was, in actuality, a motion to reargue. No appeal lies from the denial of reargument. Accordingly, the appeal is

dismissed *(see, McElroy v Guida,* 196 AD2d 859). Sullivan, J. P., Lawrence, O'Brien and Santucci, JJ., concur.